IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN C. SANTA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1343 |
| | : | |
| C/O JONE, et al. | : | |

## **ORDER**

AND NOW, this 29th day of April, 2021, the Court having three times ordered Plaintiff Juan C. Santa to file an updated change of address and show cause why this case should not be dismissed for failure to prosecute, Santa having failed to comply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED this case is DISMISSED without prejudice for failure to prosecute.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.